# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROBIN L. MERRITT | : CIVIL ACTION |
|---|---|
| v. | : |
| NANCY BERRYHILL | : NO. 17-808 |

## ORDER

**AND NOW**, this 5th day of March 2018, upon considering Plaintiff's Amended Petition for Review (ECF Doc. No. 9), Brief and Statement of Issues (ECF Doc. No. 12), the Commissioner's Response (ECF Doc. No. 13), Plaintiff's Reply (ECF Doc. No. 14) and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Brief and Statement of Issues (ECF Doc. No. 12) is **DENIED** and the Clerk of Court shall **CLOSE** this case.

KEARNEY, J.